Argued and submitted July 20, reversed and remanded for a new trial August 17, 1988

STATE OF OREGON,
*Respondent,*

*v.*

BRUCE MARVIN HOWLEY,
*Appellant.*

(87-NB-1155; CA A47416)

758 P2d 893

Steven V. Humber, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, Deits, Judge, and Riggs, Judge Pro Tempore.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for harassment. He contends, *inter alia,* that the jury verdict was improperly received. The state concedes that it was and we agree.

Reversed and remanded for a new trial.